UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEL RODRIGUEZ, | ) Case No. CV 14-984-DSF(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| G.J. JANDA, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: March 13, 2014

_____
Dale S. Fischer
United States District Judge